# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 9, 2011

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

142615(21)

DOREEN JOSEPH,
      Plaintiff-Appellee,

v

                              SC: 142615
                              COA: 302508

A.C.I.A.,
            Defendant-Appellant.
                              Macomb CC: 2009-005726-CK

_____/

      On order of the Court, the motion for stay of trial court proceedings is GRANTED.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 9, 2011

_____
Clerk

h0906